UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00476-FDW-DSC

| | |
|---|---|
| SANDRA E. MCCREARY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>FRITO LAY, INC., )<br>)<br>Defendant. ) | ORDER |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. Pursuant to this Court's Pro Se Settlement Assistance Program, the parties participated in early mediation. As a result of that mediation, the mediator Larry L. Ross submitted a Report of Mediation (Doc. No. 15) on March 5, 2015, indicating the parties have settled all matters in controversy among them. The Report specifically provided:

> **The case has been completely settled.** Counsel will promptly notify the Court of settlement by the filing of a settlement agreement signed by the parties within ten (10) days of the filing of this report.

(Doc. No. 15, p. 2) (emphasis in original). The parties failed to file a signed settlement agreement within the timeframe provided in the Report of Mediation. In fact, over a year has passed, and none of the parties have submitted *any* filings on the Court's docket or otherwise taken further action to prosecute their claims.

IT IS THEREFORE ORDERED, because the Report of Mediation (Doc. No. 15) advised the Court that the parties have settled all matters in controversy among them, the Clerk's office is respectfully directed to administratively CLOSE THIS CASE.

IT IS SO ORDERED.

Signed: April 1, 2016

Frank D. Whitney
Chief United States District Judge